**494**

**Frank J. ULRICH, Appellant, v. FEDERAL LAND BANK OF SAINT PAUL et al.**

**No. 12665.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1943.

F. E. McCurdy, of Bismarck, N. D., for appellant.

Robert J. Barry, John F. Lord, and A. L. Quilling, all of St. Paul, Minn., and Scott Cameron, of Bismarck, N. D., for appellees.

PER CURIAM.

Appeal from District Court, 49 F.Supp. 372, dismissed, pursuant to stipulation, at costs of appellant, but without taxation of attorney fee in favor of appellees.

**UNITED STATES of America v. G. W. WILSON.**

**No. 2747.**

Circuit Court of Appeals, Tenth Circuit.

Nov. 15, 1943.

William H. Landram, Asst. U. S. Atty., of Muskogee, Okl., for appellant.

W. L. Boner, of Durant, Okl., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

**UNITED STATES of America, Appellant, v. 48,046.27 ACRES OF LAND, More or Less, IN HEMPSTEAD COUNTY, ARKANSAS, TRACT NO. F–277, W. H. Citty, Jr., et al.**

**No. 12752.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 4, 1943.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and J. Robert Crocker, Sp. Atty., Department of Justice, of Texarkana, Ark., for appellant.

Graves & Graves, of Hope, Ark., for appellees.

PER CURIAM.

Appeal from Judgment of District Court as to Tract No. F–277 docketed and dismissed without costs to either party in this Court, on motion of appellant and stipulation of parties.